## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  ED CV 14-2281-JGB (PLA)                                             Date February 6, 2015

Title: Walter Harrison v. R.N. Kalian, et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                       NONE


**PROCEEDINGS:**        (IN CHAMBERS)

On December 29, 2014, this Court issued an Order Dismissing Complaint with Leave to Amend. The Order gave plaintiff until January 29, 2015, to file a First Amended Complaint that remedied the deficiencies discussed in the Order. The Order expressly admonished plaintiff that, if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, **no later than March 2, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the First Amended Complaint on or before March 2, 2015, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a First Amended Complaint by March 2, 2015, shall result in the Court recommending that this action be dismissed.


cc:    Walter Harrison, pro se


Initials of Deputy Clerk      ch