# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.** ED CV 14-2281-JGB (PLA)                    **Date** July 17, 2015

**Title:**  Walter Harrison v. Alexander Maurice Gonzalez, et al.

-------------------------------------------------------------------------------------------------

☐ **U.S. DISTRICT JUDGE**

**PRESENT: THE HONORABLE**  PAUL L. ABRAMS

☒ **MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE                                                                       NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On June 9, 2015, this Court issued an Order Dismissing Second Amended Complaint with Leave to Amend. The Order gave plaintiff until July 7, 2015, to file a Third Amended Complaint that remedied the deficiencies discussed in the Order.  The Order expressly admonished plaintiff that, if he failed to timely file a Third Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute.  To date, plaintiff has not filed a Third Amended Complaint.

Accordingly, **no later than August 7, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Third Amended Complaint on or before August 7, 2015, shall be deemed compliance with this Order to Show Cause.  Plaintiff's failure to file a Third Amended Complaint by August 7, 2015, shall result in the Court recommending that this action be dismissed.

cc:     Walter Harrison, pro se

Initials of Deputy Clerk____ch____