WALTER N. HARRISON
AM-1694    B3-6-4L
CHUCKAWALLA STATE PRISON
P.O. BOX 2349
BLYTHE, CALIFORNIA 92226

In Pro-Se

FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALTER N. HARRISON,
    Plaintiff,

vs.

DR. J. MICHAEL LEE et al.,
    Defendants,

CASE NO. CV-14-2281-JGB (PLA)

CIVIL RIGHTS COMPLAINT
42 U.S.C. §1983

**DEMAND FOR TRIAL**

(FOURTH AMENDED COMPLAINT)

## I. NATURE OF ACTION

1. This is a civil rights action authorized by 42 U.S.C. §1983 filed by Plaintiff WALTER N. HARRISON, a state prison, to redress the deprivation, under the color of state law, of rights secured by the Constitution of the United States. Plaintiff alleges a violation of his constitutional rights to receive medical care. Plaintiff seeks money damages and injunctive and declaratory relief pursuant to §§2202 and 2210. Plaintiff has attempted to redress the medical issues as much as possible prior to resorting to filing this complaint but continues to suffer daily with excrciating pain on a scale that is unconstitutional as addressed infra.

2. The Central District of California is an appropriate venue under §1391 (b)(2), because the events giving rise to plaintiff's claims occurred in Riverside County in the State of California.

## II.

### Plaintiff

3. Plaintiff, WALTER HARRISON, is and was at all times mentioned herein a prisoner of the State of California in the custody of the California Department of Corrections & Rehabilitation (CCDR). Plaintiff is currently confined in Chuckawalla State Prison (CVSP) in Blythe, California.

## III.

### Defendants

4. Defendant Dr. S. MURAKONDA, is a Doctor employed by CVSP. Defendant S. MURAKONDA, has the duty to provide adequate medical care for prisoners at CVSP. At all times mentioned defendant S. MURAKONDA was acting under the color of state law in the course and scope of her employment and is sued in her individual capacity.

5. Defendant Nurse M. KALIAN is a Nurse and is responsible for the care of all inmates and has a duty to adequately provide medical care for prisoners at CVSP where the events giving rise to this action occurred. At all times mentioned defendant M. KALIAN was acting under the color of state law in the course and scope of her employment and is sued in her individual capacity.

## IV.

## FACTS

6. Plaintiff, WALTER HARRISON is a prisoner at the Chuckawalla State Prison. Plaintiff suffers from severe pain and suffering which seems to be from an undiagnosed symptom that began November 7, 2013, followed by an emergency removal of his appendix. However, the pain persisted and a laparoscopic cholecystectomy was performed to remove gall stones. The acute pain plaintiff suffered has not subsided. Subsequent to those procedures, plaintiff continues to suffer on a scale of a constant 8 -10 on a scale of 1 - 10, with acute pain in his side of his abdomen, abdomen, and back. There is extreme swelling and bloating of the abdomen. Defendants MURAKONDA, and KALIAN are fully aware of plaintiff's pain and suffering including loss of sleep, loss of appetite and emotional distress.

7. Plaintiff submitted a sick call slip for the extreme pain and was seen by defendants KALIAN and MURAKONDA who ignored his complaints and only made derogatory remarks toward him.

8. On January 20, 2105, plaintiff was seen by physical therapist Kim who observed the swelling oif his plaintiff's back and abdomen and refused treatment stating, "I can not treat you there seems to be something else wrong with you that physical therapy will not help."

9. On February 1, 2015, after submitting another sick call slip due to the persistent pain in his abdomen and back at a pain level of 9 out of 10, and was seen by Defendant MURAKONDA. On that date, defendant MURAKONDA refused any type of treatment

-3-

and stated, "stop crying, you are looking good. Maybe you shouldn't come to prison."

10. On February 10, 2015, plaintiff is suffering at a pain level of 9 of 10 and reported to the clinic and defendants MURAKONDA and KALIAN who again refused any type of treatment and stated, "drink alot of water."

11. On February 17, 2015, plaintiff continues to suffer, at a constant 8 - 10 and defendant MURAKONDA stated, "stop crying like a baby, maybe you should think twice before coming to prison."

12. On May 25, 2015, plaintiff is still suffering at a pain level of 8 - 10 and again refused any type of treatment by defendant MURAKONDA.

13. On June 9, 2015, Plaintiff is suffering from acute pain and cold sweats and shivering and defendant KALIAN refused to see plaintiff stating, "this is not an emergency, go drink some water."

14. Again on October 4, 2015, plaintiff reported to the clinic with acute pain in his abdomen, side of abdomen and back with inflammation under his ribs and defendant KALIAN again refused treatment of any kind and made derogatory remarks towards plaintiff.

15. Meanwhile, plaintiff is suffering and defendant MURAKONDA only seem to have personal derogatory remarks towards plaintiff such as "quit crying like a baby," or, "you shouldn't come to prison." Meanwhile, plaintiff's health continually deteriorates and he suffers acute pain in his side of his

1  abdomen, abdomen, and back, and as a result, he also suffers
2  loss of sleep, loss of appetite, and emotional distress.
3  16.  As shown, plaintiff has submitted many requests for
4  medical care and inmate complaints regarding his continued
5  acute pain for months after the procedures were completed.
6  Those complaints are always met with derogatory remarks from
7  defendant's MURAKONDA and KALIAN.
8  17.  Plaintiff continues to suffer from acute pain in the side
9  of his abdoman, abdoman and back, loss of sleep, loss of
10 appetite and emotional distress.
11 18.  Defendant MURAKONDA refuses to order treatment of any kind
12 including an X-Ray to ascertain his condition and treats
13 plaintiff with disdain and makes derogatory remarks such as,
14 "You are acting like a baby," or "you should stay out of
15 prison, there is nothing wrong with you."  As a result,
16 plaintiff suffers daily from acute pain and suffering, loss of
17 sleep, loss of appetite and emotional distress.
18 19.  As a result of the deliberate indifference of defendants
19 and all defendants in refusing to properly treat plaintiff with
20 adequate medical care, plaintiff suffered and continually
21 suffers acute pain, loss of sleep, loss of appetite and
22 emotional distress.
23 20.  There was an inexcusable practice of deliberate
24 indifference by defendants' MURAKONDA and KALIAN, by improperly
25 refusing to treat plaintiff for his acute pain, loss of sleep,
26 loss of appetite and emotional distress.
27 21.  Plaintiff exhausted his administrative remedies by
28

-5-

obtaining a decision at the third level decision and was diligent in filing this complaint thereafter.

## CLAIM FOR RELIEF

(§1983)

### Violation Of Prisoner's Eighth And Fourteenth Amendments For Deliberate Indifference To His Serious Medical Needs

24. Plaintiff realleges and incorporates by reference each allegation of paragraphs 1 through 20, inclusive, as if alleged herein.

25. Defendants Dr. S. MURAKONDA, and Nurse M. KALIAIN, acted under the color of state law and knew or should have known that their conduct created an unreasonable risk of harm to plaintiff. As a direct and foreseeable result of their violations of constitutional rights, Plaintiff suffered and continually suffers physical deterioration, acute pain and suffering, loss of sleep, loss of appetite, and emotional distress. All defendants acts were willful, intentional, wanton and in conscious disregard of plaintiff's rights. The constitutional deprivations described herein are the proximate result of the official policies, customs and pervasive practices of defendants. Defendants are aware of all the deprivations complained herein and have condoned or been deliberately indifferent to such conduct.

26. Defendants MURAKONDA, and KALIAN, violated plaintiff's Eighth and Fourteenth Amendment rights to the U.S. Constitution to be protected from cruel and unusual punishment as described

in paragraphs 1 through 20. Defendant's were deliberately indifferent to plaintiff's medical needs and acted under color of state law and knew or should have known that their conduct or omission created an unreasonable risk of harm to plaintiff. As a direct and foreseeable result of defendant's MURAKONDA and KALIAN plaintiff continually suffers acute pain, loss of sleep, loss of appetite, and emotional distress.

HARRISON IS ENTITLED TO AN AWARD OF COMPENSATION AND PUNITIVE DAMAGES FOR INJURIES SUFFERED.

<div style="text-align:center">PRAYER FOR RELIEF</div>

Wherefore, Plaintiff WALTER HARRISON, prays for the following relief:

1. Injunctive and Declaratory relief in that this court order defendants to provide him with proper medical treatment and diagnoses of his serious medical condition;

2. Compensatory Damages according to proof;

3. Punitive and Exemplary Damages according to proof;

4. Cost of Suit; and

5. Such further relief as the court deems proper.

**DEMAND FOR TRIAL**

Plaintiff, WALTER HARRISON hereby demands a trial by jury.
Dated: January 06, 2016

Walter Harrison

I declare under the penalty of perjury that the foregoing is true and correct.

1     EXECUTED this 6th day of January 2016, at Blythe,
2 California.

                                                                            */s/ Walter Harrison*
                                                                            Walter Harrison



Harrison Walter – AM 1699
Chuckawalla Valley State Prison
B-3-6-4-Low
P.O. Box 2349
Blythe, CA 92226

United States District Court of Cal.
Central District of California
312 North Spring St. #G
Los Angeles, CA 90012-4793

LEGAL MAIL



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Confidential
Legal Mail

LEGAL MAIL

