O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WALTER HARRISON, | No. ED CV 14-2281-JGB (PLA) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | |
| S. MURAKONDA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Magistrate Judge's Final Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Final Report and Recommendation is accepted.
2. Defendants' Motion for Summary Judgment is granted.
3. Plaintiff's action is dismissed without leave to amend for failure to exhaust administrative remedies.

/
/
/

4. Judgment shall be entered consistent with this Order.

5. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 10, 2017

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE