JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| WALTER HARRISON, | ) | No. ED CV 14-2281-JGB (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| S. MURAKONDA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 10, 2017

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE